# Exhibit "1"

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Elvia Vargas
Plaintiff

vs.

Case Number **2023-CAB-007813**

Granite Construction Company
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Terence Davis
Name of Plaintiff's Attorney

1901 Pennsylvania Ave, NW Ste 300
Address
Washington, DC 2006

202-772-0595
Telephone

*Clerk of the Court*

By ______________ Deputy Clerk

Date **January 30, 2024**

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

________________________________________
Demandante

contra

Número de Caso: ____________________

________________________________________
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

____________________________________
Nombre del abogado del Demandante

____________________________________
Dirección

____________________________________

____________________________________
Teléfono

Por: ______________________________
Subsecretario

Fecha ______________________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

eFiled
12/28/2023 10:41:05 AM
Superior Court
of the District of Columbia

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ELVIA VARGAS
8854 Spiral Cut,
Columbia, MD 21045

Plaintiff,

v. Case No.: 2023-CAB-007813

ARCHER WESTERN CONSTRUCTION
929 West Adams Street
Chicago, IL 60607

Serve: CORPORATION SERVICE COMPANY
1090 Vermont Ave. NW
Washington, DC 20005

And

GRANITE CONSTRUCTION COMPANY
585 West Beach Street
Watonsville, CA 95067

Serve: C T CORPORATION SYSTEM
1015 15th St NW Suite 1000
Washington, DC 2005

Jointly and Severally D/B/A
SOUTH CAPITOL BRIDGEBUILDERS
1220 12th St SE Unit 255,
Washington, DC 20003

Defendants.

**PLAINTIFF'S COMPLAINT AND JURY DEMAND**

COMES NOW Plaintiff, Elvia Vargas (hereinafter "Ms. Vargas"), by and through her counsel, Terence Davis Esq., and Morgan & Morgan DC, PLLC, moves this Court for judgement, jointly and severally, against Defendants Archer Western Construction and Granite Construction

Company, jointly and severally doing business as "South Capitol Bridgebuilders". As grounds in support of Ms. Vargas's claim, Ms. Vargas avers as follows:

**JURISDICTION AND VENUE**

1. Jurisdiction is vested in this Court pursuant to D.C. Code §11-921 in that the incident complained of herein occurred in the District of Columbia.
2. This Court has personal jurisdiction over Defendants pursuant to D.C. Code §§ 13-422 and 13-423 in that Defendants, Archer Western Construction and Granite Construction Company, through its employees caused tortious injury in the District of Columbia by act or omission.
3. Venue is proper in this Court as it is the venue in which the relevant injuries occurred.

**PARTIES**

4. At all times relevant hereto, Ms. Vargas was a resident of the State of Maryland, residing at the above address.
5. Based upon information and belief, Defendants, Archer Western Construction and Granite Construction Company are in a joint business partnership doing business as "South Capitol Bridgebuilders".
6. Based upon information and belief, South Capitol Bridgebuilders organized and existing under the laws of Washington, D.C., with its principal place of business located at 1220 12th St SE Unit 255, Washington, DC 20003

## STATEMENT OF FACTS

7. On or about December 13, 2021 at or around 4:00pm, Ms. Vargas was the operator of a Mercedes C-Class traveling northbound on 295N/Anacostia Freeway in Washington, D.C.

8. At the same time, South Capitol Bridgebuilders, in the course of their work in and around the area, left a manhole cover open on the northbound lane of 295N/Anacostia Freeway.

9. South Capitol Bridgebuilders did not close the lane or leave signs warning of the open manhole cover.

10. Ms. Vargas was unable to avoid striking the open manhole cover, deflating her tire and causing her to temporarily lose control of her vehicle.

## COUNT I
*Negligence*

11. Ms. Vargas realleges and incorporates by reference paragraphs 1-10.

12. At all times material to this action, South Capitol Bridgebuilders owed a duty to Ms. Vargas to exercise reasonable care in ensuring they leave their work areas free of hazards.

13. The open manhole cover on 295N/Anacostia Freeway was caused by the negligence, gross negligence, and negligent acts and/or omissions of South Capitol Bridgebuilders either acting independently and/or by and through its duly authorized agents, servants, employees, contractors and/or subcontractors acting within the scope and course of their employment with South Capitol Bridgebuilders.

14. As a direct and proximate result of the negligence of South Capitol Bridgebuilders, Ms. Vargas suffered bodily injury, disfigurement, pain and suffering, disability, mental

anguish, loss of the capacity for the enjoyment of life, medical expenses, loss of earning, and loss of the ability to earn money. The losses are either permanent or continuing and Ms. Vargas will suffer the losses in the future.

WHEREFORE, Plaintiff, Elvia Vargas, by and through counsel, Terence Davis, and Morgan & Morgan, moves this Court for judgement, jointly and severally, against Defendants Archer Western Construction and Granite Construction Company in an amount believed to be in excess of One Million Dollars ($1,000,000.00), plus interest and costs of this action, and any other appropriate relief.

Respectfully submitted,

Terence Davis, Esq. 900025555
Morgan & Morgan DC, PLLC
1901 Pennsylvania Avenue, NW Suite 300
Washington, DC 20006
Tel: (202) 772-0595
Fax: (202) 772-0645
tdavis@forthepeople.com
Counsel for Plaintiff

**JURY DEMAND**

Plaintiff, by and through the undersigned counsel and pursuant to Rule 38 of the District of Columbia Rules of Civil Procedure, demands a trial by jury as to all issues raised herein.

Terence Davis, Esq. 1612130129

eFiled
01/29/2024 3:19:31 PM
Superior Court
of the District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Elvia Vargas
Plaintiff

vs.

Case Number 2023-CAB-007813

Archer Western Construction
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Terence Davis
Name of Plaintiff's Attorney

1901 Pennsylvania Ave, NW Ste 300
Address
Washington, DC 2006

202-772-0595
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date January 30, 2024

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

______________________________
Demandante

contra

Número de Caso: ____________________

______________________________
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

______________________________
Nombre del abogado del Demandante

______________________________
Dirección

Por: ______________________________
Subsecretario

______________________________

______________________________
Teléfono

Fecha ______________________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202) 879-4828 로 전화주십시오 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

eFiled
12/28/2023 10:41:05 AM
Superior Court
of the District of Columbia

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ELVIA VARGAS
8854 Spiral Cut,
Columbia, MD 21045

Plaintiff,

v. Case No.: 2023-CAB-007813

ARCHER WESTERN CONSTRUCTION
929 West Adams Street
Chicago, IL 60607

Serve: CORPORATION SERVICE COMPANY
1090 Vermont Ave. NW
Washington, DC 20005

And

GRANITE CONSTRUCTION COMPANY
585 West Beach Street
Watonsville, CA 95067

Serve: C T CORPORATION SYSTEM
1015 15th St NW Suite 1000
Washington, DC 2005

Jointly and Severally D/B/A
SOUTH CAPITOL BRIDGEBUILDERS
1220 12th St SE Unit 255,
Washington, DC 20003

Defendants.

**PLAINTIFF'S COMPLAINT AND JURY DEMAND**

COMES NOW Plaintiff, Elvia Vargas (hereinafter "Ms. Vargas"), by and through her counsel, Terence Davis Esq., and Morgan & Morgan DC, PLLC, moves this Court for judgement, jointly and severally, against Defendants Archer Western Construction and Granite Construction

Company, jointly and severally doing business as "South Capitol Bridgebuilders". As grounds in support of Ms. Vargas's claim, Ms. Vargas avers as follows:

## JURISDICTION AND VENUE

1. Jurisdiction is vested in this Court pursuant to D.C. Code §11-921 in that the incident complained of herein occurred in the District of Columbia.
2. This Court has personal jurisdiction over Defendants pursuant to D.C. Code §§ 13-422 and 13-423 in that Defendants, Archer Western Construction and Granite Construction Company, through its employees caused tortious injury in the District of Columbia by act or omission.
3. Venue is proper in this Court as it is the venue in which the relevant injuries occurred.

## PARTIES

4. At all times relevant hereto, Ms. Vargas was a resident of the State of Maryland, residing at the above address.
5. Based upon information and belief, Defendants, Archer Western Construction and Granite Construction Company are in a joint business partnership doing business as "South Capitol Bridgebuilders".
6. Based upon information and belief, South Capitol Bridgebuilders organized and existing under the laws of Washington, D.C., with its principal place of business located at 1220 12th St SE Unit 255, Washington, DC 20003

## STATEMENT OF FACTS

7. On or about December 13, 2021 at or around 4:00pm, Ms. Vargas was the operator of a Mercedes C-Class traveling northbound on 295N/Anacostia Freeway in Washington, D.C.

8. At the same time, South Capitol Bridgebuilders, in the course of their work in and around the area, left a manhole cover open on the northbound lane of 295N/Anacostia Freeway.

9. South Capitol Bridgebuilders did not close the lane or leave signs warning of the open manhole cover.

10. Ms. Vargas was unable to avoid striking the open manhole cover, deflating her tire and causing her to temporarily lose control of her vehicle.

## COUNT I

*Negligence*

11. Ms. Vargas realleges and incorporates by reference paragraphs 1-10.

12. At all times material to this action, South Capitol Bridgebuilders owed a duty to Ms. Vargas to exercise reasonable care in ensuring they leave their work areas free of hazards.

13. The open manhole cover on 295N/Anacostia Freeway was caused by the negligence, gross negligence, and negligent acts and/or omissions of South Capitol Bridgebuilders either acting independently and/or by and through its duly authorized agents, servants, employees, contractors and/or subcontractors acting within the scope and course of their employment with South Capitol Bridgebuilders.

14. As a direct and proximate result of the negligence of South Capitol Bridgebuilders, Ms. Vargas suffered bodily injury, disfigurement, pain and suffering, disability, mental

anguish, loss of the capacity for the enjoyment of life, medical expenses, loss of earning, and loss of the ability to earn money. The losses are either permanent or continuing and Ms. Vargas will suffer the losses in the future.

WHEREFORE, Plaintiff, Elvia Vargas, by and through counsel, Terence Davis, and Morgan & Morgan, moves this Court for judgement, jointly and severally, against Defendants Archer Western Construction and Granite Construction Company in an amount believed to be in excess of One Million Dollars ($1,000,000.00), plus interest and costs of this action, and any other appropriate relief.

Respectfully submitted,

Terence Davis, Esq. 900025555
Morgan & Morgan DC, PLLC
1901 Pennsylvania Avenue, NW Suite 300
Washington, DC 20006
Tel: (202) 772-0595
Fax: (202) 772-0645
tdavis@forthepeople.com
Counsel for Plaintiff

**JURY DEMAND**

Plaintiff, by and through the undersigned counsel and pursuant to Rule 38 of the District of Columbia Rules of Civil Procedure, demands a trial by jury as to all issues raised herein.

Terence Davis, Esq. 1612130129